[No. 2490–3.   Division Three.   September 26, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MIKE
TAPPE, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 5075, B. E. Kohls, J., entered June 16,
1977. *Affirmed* by unpublished opinion per Roe, J., con-
curred in by Green and McInturff, JJ.

[Nos.  2340–3; 2377–3;      Division Three.      September 28, 1978.]
    2747–3.

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL G.
CHRISTIANSON, ET AL, *Appellants.*

*In the Matter of the Personal Restraint of*
COMODIES SIMS, *Petitioner.*

Appeals from a judgment of the Superior Court for
Spokane County, No. 25176, George T. Shields, J., entered
March 29, 1977. *Affirmed* by unpublished opinion per
Green, J., concurred in by McInturff and Williams, JJ.

[No. 3042–2.   Division Two.   October 2, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
ARTHUR BUFFINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 51076, William L. Brown, Jr., J., entered July
25, 1977. *Affirmed* by unpublished opinion per Soule, J.,
concurred in by Pearson, C.J., and Petrie, J.